UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
------------------------------------------------------------ X
In Re:

    DONALD V. ISIDORI
    KAREN B. ISIDORI

                  Debtors
------------------------------------------------------------ X

**Chapter 7**
**Case No:** 10-35369 **(CGM)**

## NOTICE OF TRUSTEE'S INTENT TO ABANDON PROPERTY

    PLEASE TAKE NOTICE that the above-named debtor filed a petition for relief under Chapter 7 of the Bankruptcy Code on February 10, 2010. Michael O'Leary was thereafter appointed Trustee.

    PLEASE TAKE FURTHER NOTICE that the undersigned Trustee, pursuant to Section 554(a) of the Bankruptcy Code, intends to and will abandon the following property as burdensome and of inconsequential value to the estate, as the costs of preserving and liquidating the assets are expected to exceed its value to the estate:

    Possible personal injury claim against NYPD involving use of excessive force. The attorney handling the claim feels that it has a maximum value of no more than $7,500.00, and debtor is entitled to a $7,500.00 exemption on this claim.

    THIS NOTICE IS GIVEN in order to permit parties in interest to object to the intended abandonment. Unless a party in interest files a written objection with and requests a hearing of the Bankruptcy Court within fifteen (15) days from the date of service of this Notice, the intended property described in this Notice will be deemed abandoned. Objections not timely filed and served may be deemed waived.

    ANY OBJECTIONS AND REQUESTS FOR A HEARING should be sent to HON. CECELIA G. MORRIS, 355 Main Street, Poughkeepsie, NY 12601, with copies to HAYWARD, PARKER & O'LEARY, ESQS., attorneys for the Trustee, 225 Dolson Avenue, Suite 303, Post Office Box 929, Middletown, NY 10940 and the U.S. Trustee, 74 Chapel Street, Albany, NY 12207.

Dated: Middletown, New York
       August 17, 2010

                                          /s/ Michael O'Leary
                                       Michael O'Leary (MOL 1573)
                                       225 Dolson Avenue, Suite 303
                                       Post Office Box 929
                                       Middletown, New York  10940
                                       Telephone: (845) 341-1395